No. 83–490.   DAVIS ET AL. *v.* SCHERER.   Appeal from C. A. 11th Cir.   Probable jurisdiction noted.

No. 82–2140.   HOBBY *v.* UNITED STATES.   C. A. 4th Cir. Certiorari granted limited to Question 3 presented by the petition.

No. 83–328.   MABRY, COMMISSIONER, ARKANSAS DEPARTMENT OF CORRECTION *v.* JOHNSON.   C. A. 8th Cir.   Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 82–7014.   THOMPSON *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 83–295.   COSTA *v.* MARKEY ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 83–320.   ANDERSON COUNTY, TENNESSEE, ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 83–359.   YAVAPAI-PRESCOTT INDIAN TRIBE *v.* CLARK, SECRETARY OF THE INTERIOR, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83–484.   SLEVIN ET AL. *v.* CITY OF NEW YORK ET AL.; and
No. 83–485.   BARRY ET AL. *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir.   Certiorari denied.   Reported below: 712 F. 2d 1554.

No. 83–588.   BERGER *v.* MCMONAGLE, JUDGE, ET AL.   Sup. Ct. Ohio.   Certiorari denied.

No. 83–647.   LUI SU NAI-CHAO, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LUI CHO-PON, ET AL. *v.* BOEING CO. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83–657.   UNGER *v.* CONSOLIDATED FOODS CORP.   C. A. 7th Cir.   Certiorari denied.